### SMITH V. PURDY.

Interest not recoverable in an action of book-debt, by an agreement made more than three years before action was brought.

ACTION of debt on book for supporting a pauper, etc. upon a special undertaking by the defendant, as one of the overseers of the poor, for the space of five years and eight months, and the interest.  Issue to the court.

Judgment — That the defendant does owe the plaintiff, etc. and that he recovered the principal of the debt.  But the interest resting upon a parol agreement of more than three years' standing is barred by the Statute against Frauds and Perjuries.

### NICHOLS V. PIXLY.

A license from the town to erect a mill dam, no justification in an action for a private nuisance.

ACTION of the case for a nuisance in Poquannock river, etc. by erecting a grist mill and dam, etc.  Not guilty to the jury.

The defendant relied much upon a license, which he had obtained from the town of Stratford, in whose bounds said stream and dam is, to erect said mill and dam.

By the COURT.  The license, however it may estop the town from proceeding against the dam as a common nuisance, it can be no excuse or justification for an injury done to private property.  And verdict and judgment was for the plaintiff.